IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KATHRYN SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0653-HE |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Kathryn Schmidt filed this case seeking judicial review of the final decision of the Commissioner of Social Security that she was not disable under the Social Security Act. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell. Judge Mitchell has issued a Report and Recommendation recommending that the Commissioner's final decision be reversed and the matter remanded for further proceedings.

The Report advised the parties of their right to object on or before July 12, 2023. Neither party has objected thereby waiving their rights to appellate review of the factual and legal issues they addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #24]. The final decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE